UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 0:19-cv-61675-WPD

TYRONE JOHNSON,

    Plaintiff,

v.

SATNARINE SINGH,

    Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on August 11, 2021.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Defendant Satnarine Singh and against Plaintiff Tyrone Johnson.

2. Plaintiff shall take nothing from Defendant in this action.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of August, 2021.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record